United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHOWNOW, INC,

          Plaintiff,

    v.

OWNER.COM,

          Defendant.

Case No.  25-cv-07315-VKD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

On March 3, 2026, the parties appeared for a Case Management Conference.  Dkt. No. 36. The parties advised that they have settled this matter.  Accordingly, all pending deadlines and appearances are vacated.  On or before **March 17, 2026**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **March 31, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  In advance of the show cause hearing, the parties shall file a statement no later than **March 24, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal.  The parties' status report shall not disclose the substance of any settlement discussions.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

//

//

**IT IS SO ORDERED.**

Dated: March 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge